In the Matter of Whitmel H. Smith, an Attorney.— Order signed. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

James G. Martin, Respondent, v. Hugh N. Camp, Jr., as Executor, etc., Appellant, Impleaded with Others.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Robert J. McKibbin, Respondent, v. Philadelphia and Reading Railway Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Leonora McLaughlin, etc., Respondent, v. The McLaughlin Real Estate Company and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Antonio Nitti, Respondent, v. John J. McGinniss, Appellant.— Motion to dismiss appeal granted, unless within twenty days the appeal be perfected, or a stipulation be presented to the court to show that the respondent has agreed to waive his right to go on with the appeal. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

North Side Bank of Brooklyn, Plaintiff, v. Queens Home Realty and Construction Company and Others, Defendants. Alexander S. Burns, Appellant, v. Rickert-Finlay Realty Company, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. Stephen A. Rudd, Appellant, v. James C. Cropsey, as District Attorney of the County of Kings, Respondent.— Motion denied, on condition that appellant perfect his appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Alexander Stewart, Respondent, v. Herbert A. Newbury and Others, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Villa Park Association of Great Neck, etc., Plaintiff, v. The Town of North Hempstead and Others, Defendants.— The application to resettle the order entered in this action is denied. Although the title of the action is "Villa Park Association of Great Neck on Behalf of itself and all others similarly situated," no one has intervened and asked to be made a party plaintiff, nor is there any evidence as to the identity of persons claiming to be similarly situated with plaintiff. In the memorandum submitted on the motion to resettle the order counsel state that the town board have no power to cancel the tax, but that this must be done by the board of super-